IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| FRANK G. SCHAFFER, | : | |
| | : | |
| Debtor | : | |
| | : | BANKRUPTCY NO. 18-18133 - AMC |
| | : | |
| | : | |
| | : | |
| _____ | : | |
| | : | |
| | : | |
| FREDRIC HELLMAN and | : | |
| HOLLY HELLMAN | : | |
| | : | ADVERSARY NO. 19-00223 - AMC |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| FRANK G. SCHAFFER | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this  18th    day of November, 2019 upon consideration of the Motion of Fredric Hellman and Holly Hellman for an Order to withdraw without prejudice the Complaint Objecting to Discharge and To Determine that Certain Debts are Not Dischargeable filed in error pursuant to Adversary No. 19-00223 – AMC at approximately 6:28 PM on November 11, 2019 (hereinafter referred as "Second Complaint") and that the Complaint Objecting to Discharge and To Determine that Certain Debts are Not Dischargeable filed pursuant to Adversary No. 19-00222 – AMC at

approximately 6:10 PM on November 11, 2019 (hereinafter referred as " First Complaint") remain as filed, it is hereby:

ORDERED, that the Motion is GRANTED, and that the Second Complaint filed at Adversary No. 19-00223 - AMC be withdrawn without prejudice and that the First Complaint filed at Adversary No. 19-00222 - AMC remain as filed.

BY THE COURT:

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE